UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSEPH M. DUNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-cv-00213-JRS-DLP |
| RICH WARREN, EMERSON, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

The Court adopts the Magistrate Judge's February 4, 2022, Report and Recommendations. Dkt. 85. The record reflects that the plaintiff has abandoned this civil action. This action is dismissed without prejudice. All pending motions are **denied as moot**. Judgment consistent with this Order shall now issue.

IT IS SO ORDERED.

Date: 2/23/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JOSEPH M. DUNN
2313 N. 14th Street
Terre Haute, IN 47804

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com